JUDGE KENNELLY
MAGISTRATE JUDGE MCSHAIN
EY

FILED
4/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CAT 2
1:22-CR-208
FELONY

 

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **N/A**

    1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **N/A**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
    **Income Tax Fraud (II)**

10. List the statute of each of the offenses charged in the indictment or information.
    **26 U.S.C. § 7201**
    **26 U.S.C. § 7203**

_s/ Timothy J. Chapman_
Timothy J. Chapman
Assistant United States Attorney