JUDGE KENNELLY
MAGISTRATE JUDGE MCSHAIN

**1:22-CR-208**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | M. David Weisman |
|---|---|---|---|
| CASE NUMBER | 17 GJ 1074 | DATE | 06 APRIL 2022 |
| CASE TITLE | U.S. v. JOSEPH J. CIPOLLA | | |

DOCKET ENTRY TEXT  **U N D E R   S E A L**

### Grand Jury Proceeding

The Grand Jury for SPECIAL APRIL 2021 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _M. David Weisman_

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $100,000.00 (SECURED).

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT A TRUE AND CORRECT COPY OF THE ARREST WARRANT BE PROVIDED TO THE CASE AGENT, SPECIAL AGENT JOHN M. LEONARD OF THE INTERNAL REVENUE SERVICE - CRIMINAL INVESTIGATION, VIA EMAIL TO THE FOLLOWING EMAIL ACCOUNT : JOHN.LEONARD@CI.IRS.GOV., IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.
FURTHER, THE GOVERMENT REQUESTS THAT AUSA TIMOTHY J. CHAPMAN BE COPIED ON THAT SAME EMAIL TRANSMITTING THE ARREST WARRANT TO TIMOTHY.CHAPMAN@USDOJ.GOV.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DESIGNATED DEFENDANT OF BY FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _M. David Weisman_ (ONLY IF FILED UNDER SEAL)
or MAGISTRATE JUDGE

Courtroom Deputy Initials: AO



FILED
4/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1