

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Joseph J. Cipolla, Jr.

Magistrate Judge Heather K. McShain

Case No. 22-CR-208

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Heather K. McShain, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Matthew F. Kennelly**

Date: Monday, April 18, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Heather K. McShain

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, April 18, 2022

District Referral - To Designated Magistrate Judge

# CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Arraignment(s) and/or detention hearings

- Bail/Detention Hearing(s)

...................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: