**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:22−cr−00208 *SEALED*
                                                          Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 18, 2022:

       MINUTE entry before the Honorable Beth W. Jantz as to Joseph J. Cipolla, Jr: The matter is set for an Initial Appearance and Arraignment before Magistrate Judge Jantz on 4/18/2022 at 3:00 p.m. via telephone conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 888−273−3658, access code: 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.