IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:22-cr-00208-1 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Joseph J. Cipolla, Jr.** | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance held on 4/18/2022. Defendant appears in response to arrest on 4/18/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Attorney Gabrielle Sansonetti appears on behalf of retained counsel for today only. Defendant is advised of charges and maximum penalties available under the law and informed of his rights. The Government orally moves for detention based on 18 U.S.C. 3142(f)(2). The defense does not object to setting a detention hearing. For reasons stated on the record, the arraignment is also continued and will coincide with the detention hearing. Detention hearing is set for 4/22/22 at 11:00 a.m. by telephone. To join the call, counsel shall dial 888-273-3658 and enter access code 2217918. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so.

(00:35)

Date: 4/18/2022

/s/ Beth W. Jantz
United States Magistrate Judge