# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                    Case No.: 1:22−cr−00208 *SEALED*
                                              Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2022:

      MINUTE entry before the Honorable Beth W. Jantz as to Joseph J. Cipolla, Jr: The Government's request by email to the Court on 4/18/2022 to unseal the case is granted. The clerk's office is directed to unseal the case. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.