**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

FILED
4/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Title: UNITED STATES OF AMERICA v. JOSEPH J CIPOLLA, JR.

Case Number: 22-CR-2208

An appearance is hereby filed by the undersigned as attorney for:
JOSEPH J CIPOLLA

Attorney name (type or print): MITCHELL D KREITER

Firm: MITCHELL D KREITER & ASSOCIATES

Street address: 790 W. FRONTAGE ROAD, SUITE 118

City/State/Zip: NORTHFIELD, IL 60093-1204

Bar ID Number: IL 1529536
(See item 3 in instructions)

Telephone Number: 312-806-6929

Email Address: mitchelldkreiter@gmail.com

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✓ No

Are you a member of the court's trial bar? ✓ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✓ Yes ☐ No

If this is a criminal case, check your status.
✓ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4-19-2022

Attorney signature: S/ Mitchell D Kreiter/
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015