# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                      Case No.: 1:22−cr−00208
                                                             Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 22, 2022:

      MINUTE entry before the Honorable Beth W. Jantz as to Joseph J. Cipolla, Jr: Arraignment held on 4/22/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear telephonically. Defendant waives formal reading and enters plea of not guilty to all counts in the indictment. For reasons stated on the record, and at the defendant's request, the detention hearing is continued to 4/28/2022 at 2:00 p.m. The Rule 16.1(a) conference is to be held by 5/12/2022. Telephonic status hearing is to be held before Judge Kennelly on 5/17/2022 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The defendant's appearance is waived for the hearing. Without objection, time is excluded from 4/22/2022 to and including 5/17/2022 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.