# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:22–cr–00208
Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2022:

MINUTE entry before the Honorable Beth W. Jantz: At the defendant's request, detention hearing se for 5/9/2022 is cancelled and reset to 5/20/2022 at 11:30 a.m., by telephone. To join the call, parties shall dial 888–273–3658 and enter access code 2217918. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.