UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 22 CR 208 |
| vs. ) | |
| ) | Honorable Matthew F. Kennelly |
| JOSEPH J. CIPOLLA, JR. ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF A
<u>PROTECTIVE ORDER GOVERNING DISCOVERY</u>

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves, pursuant to Federal Rule of Criminal Procedure 16(d), for the entry of a protective order governing the discovery disclosures to take place in this case.

1.   The indictment in this case charges defendant Joseph J. Cipolla, Jr. with one count of tax evasion, in violation of 26 U.S.C. § 7201, and willfully failing to file a tax return, in violation of 26 U.S.C. § 7203 (Count Two). Docket Entry ("Dkt.") No. 1.

2.   On April 22, 2022, defendant was arraigned on the indictment before Magistrate Judge Beth W. Jantz. Dkt. No. 15. Defendant entered a plea of not guilty. *Id.* Magistrate Judge Jantz ordered the parties to conduct their Local Rule 16.1 discovery conference on or before May 12, 2022. *Id.*

3.   Pursuant to Magistrate Jantz's order, the parties have generally discussed discovery matters. In particular, the government anticipates providing defendant with substantial discovery materials related to the pending charges in an electronic format within the next two weeks.

4. The government now moves for the entry of a protective order governing discovery. In particular, the discovery in this case will include materials that identify uncharged individuals who might be witnesses or who otherwise had some relationship to events relevant to the charges in this case, including but not limited to individuals who have cooperated with the government in its investigation of defendant (and others) for conduct giving rise to this prosecution. Without a protective order, the defendant may freely disclose the identity of those persons in a manner that negatively impacts their privacy. The government will transmit to the Court separately a proposed protective order governing the disclosure of discovery in this case.

5. The government has communicated with defendant's attorney, Mitchell D. Kreiter, and provided to him a copy of the proposed protective order that the government intends to separately transmit to the Court. Mr. Kreiter has expressed that the defendant does not object to the entry of the proposed protective order.

WHEREFORE, the government respectfully asks this Court to enter the proposed protective order in this case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Timothy J. Chapman*
Timothy J. Chapman
Assistant United States Attorney