UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 22 CR 208 |
| vs. ) | |
| ) | Honorable Matthew F. Kennelly |
| JOSEPH J. CIPOLLA, JR. ) | |

NOTICE OF MOTION

To: <u>Counsel for Defendant</u>
Mitchell D. Kreiter, Esq.
[BY CM/ECF]

PLEASE TAKE NOTICE that on Tuesday, May 17, 2022, at 9:15 a.m., the undersigned or another Assistant United States Attorney will appear before the Honorable Matthew F. Kennelly by telephone in the above-captioned matter and present the GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY, a copy of which will be separately served upon you.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Timothy J. Chapman*
TIMOTHY J. CHAPMAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
Phone: (312) 353-1925