# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                               Case No.: 1:22–cr–00208
                                                                    Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla Jr.: Telephonic status and motion hearings held on 5/17/2022. Defense counsel fails to appear for the hearing. Government's motion for protective order [19] is granted. Protective order to follow. A telephonic status hearing is set for 5/31/2022 at 9:05 a.m. The following call–in number will be used: 888–684–8852; access code 746–1053. The defendant's appearance is waived for the hearing. Ordered time excluded through 5/31/2022 due for the need of continuity of counsel, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Defense counsel or a colleague is ordered to appear at the next status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.