IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 22 CR 208 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| JOSEPH CIPOLLA | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY

Defendant, **Joseph Cipolla,** hereby requests that this Court allow for the substitution of attorneys in this matter. In support of this request, Mr. Cipollas, through counsel, states the following:

1. On April 6, 2022, Mr. Cipolla was charged by indictment with committing alleged tax offenses in violation of 26 U.S.C. §§ 7201 and 7203. Dkt. # 1.

2. Mr. Cipolla is currently represented by attorney Mitchell Kreiter.

3. Mr. Cipolla now requests that Damon M. Cheronis be allowed to file his appearance and the current counsel of record be allowed to withdraw his appearance.

4. Mr. Cipolla and the government have been contacted and alerted to the substitution request. Neither have an objection to this request.

5. Accordingly, Mr. Cipolla respectfully requests that this Court allow for the substitution of attorney in this matter.

Respectfully submitted,

/s/ Damon M. Cheronis
**Damon M. Cheronis**

/s/Ryan J. Levitt
**Ryan J. Levitt,**
Attorneys for Defendant.

**Cheronis, Parente & Levitt LLC**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

## CERTIFICATE OF SERVICE

I, Damon M. Cheronis, hereby certify that on May 31, 2022, I electronically filed the foregoing **Unopposed Motion to Substitute** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Damon M. Cheronis

Damon M. Cheronis
Cheronis, Parente & Levitt
140 S. Dearborn Street Suite 404
Chicago, Illinois 60603
(312) 663-4644
damon@cheronislaw.com