# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                Case No.: 1:22–cr–00208

                                                  Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 5/31/2022. Attorney Damon Cheronis's motion to substitute attorney [24] is granted, subject to a hearing including the defendant. A telephonic status hearing with the defendant is set for 6/10/2022 at 12:45 p.m. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Ordered time excluded through 6/10/2022 due to the need for substitute counsel to get up to speed, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.