# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Joseph J. Cipolla Jr.

Defendant.

Case No.: 1:22–cr–00208
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 6/10/2022. The defendant stated on the record that he consents to attorney Damon Cheronis substituting into the case. Jury trial is set for 5/1/2023 at 9:00 a.m. Defense pretrial motions are due by 8/1/2022. A telephonic status hearing is set for 8/8/2022 at 1:15 p.m. The defendant's appearance is waived for the status hearing. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Ordered time excluded through 8/8/2022 due to the need for defense counsel to prepare and file motions, pursuant to 18 U.S.C. 3161(h)(1)(D). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.