IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 22 CR 208 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Heather K. McShain |
| JOSEPH CIPOLLA | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL RELEASE

Defendant Joseph Cipolla, by and through his attorneys, **Cheronis, Parente, and Levitt**, pursuant to 18 U.S.C. §§ 3142, the Due Process and Effective Assistance of Counsel Provisions of the Fifth and Sixth Amendment to the United States Constitution, respectfully requests that the Court review Mr. Cipolla's detention and grant his release on certain conditions.

In support of this motion, Mr. Cipolla, through counsel, states the following:

1. Mr. Cipolla was indicted on April 6, 2022 and charged with tax related offenses.

2. Mr. Cipolla was arrested pursuant to a warrant on April 18, 2002 and the government moved for detention. Dkt. #9.

3. Having reviewed the docket, it is not clear if a formal order of detention has been ordered or if the detention hearing was continued at the defendant's request.

4. That said, the parties have continued to engage in productive discussions to reach agreement on various release conditions. The parties believe that, should the proposed third-party custodian be deemed suitable, they should be able to reach agreement on all (or nearly all) remaining release conditions.

5. Pretrial services will be able to vet the proposed Third-Party Custodian concomitant with the filing of this motion.

6. The remaining proposed conditions by the government, and acceptable to Mr. Cipolla, include the following:

- A suitable third-party custodian;
- Electronic monitoring in the form of home incarceration (which can be modified to home detention with permission to work if Mr. Cipolla acquires legitimate employment);
- A $50,000 bond co-signed by the third-party custodian;
- Reporting to PTSO, as directed;
- A condition that Mr. Cipolla not operate any aircraft;
- A condition that Mr. Cipolla not operate any motor vehicle unless he is issued and possesses a valid driver's license;
- Mental health treatment as prescribed by PTSO; and
- No use of drugs unless prescribed.

7. For the reasons set forth herein, most importantly that it appears the parties have reached an agreement as to conditions of release, Mr. Cipolla requests that he be released pursuant to 18 U.S.C. § 3142(b) with the above conditions to ensure Mr. Cipolla's appearance and the safety of the community.

Respectfully submitted,

/s/ Damon M. Cheronis
**Damon M. Cheronis**

/s/ Ryan J. Levitt
**Ryan J. Levitt**
Attorneys for Defendant

Damon M. Cheronis
Ryan J. Levitt
**Cheronis, Parente & Levitt**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

3

**CERTIFICATE OF SERVICE**

I, Damon M. Cheronis, hereby certify that on July 14, 2022, I electronically filed the foregoing **Defendant's Motion for Pretrial Release** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        s/ Damon M. Cheronis
                                        Damon M. Cheronis
                                        Cheronis Parente & Levitt
                                        140 S. Dearborn Street Suite 404
                                        Chicago, Illinois 60603
                                        (312) 663-4644
                                        damon@cheronislaw.com