**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:22–cr–00208
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

　　　　　　　　　　　　　　　　Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 15, 2022:


　　　MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Defendant Joseph Cipolla's motion for pretrial release on conditions [32] is set for a telephonic hearing on 7/22/2022 at 12:45 PM. The following persons are to appear: the government; defense counsel; the defendant; and the pretrial services officer. The following call–in number will be used for the hearing: 888–684–8852, conference code 746–1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.