IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.   22 CR 208 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| JOSEPH CIPOLLA | ) | |

## ORDER

    Telephonic motion hearing held on 7/22/2022. All parties consented to proceed by telephone for the hearing. The Court finds that the requirements of the CARES Act section 150002 have been met. Defendant's motion for pretrial release [32] is granted for the reasons stated on the record. The defendant is ordered to be released on home detention. The Court went over the conditions of release with the defendant. The defendant has to sign and return the relevant documents by no later than 12:00 p.m. on 7/25/2022.  Pretrial services has leave of 48 hours to install the location monitoring.

Date:   7/22/2022

/s/ Matthew F. Kennelly
United States District Judge