UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 208 |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| JOSEPH J. CIPOLLA, JR. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michelle Petersen has been designated to appear in the above-captioned case on behalf of the government.

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:   /s/ *Michelle Petersen*
        MICHELLE PETERSEN
        Assistant U.S. Attorney
        219 South Dearborn Street, Room 500
        Chicago, Illinois 60604
        (312) 886-7655

Dated: July 27, 2022