

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

## Memorandum of Surveillance

| | | | |
|---|---|---|---|
| **Investigation #:** | ▮▮▮▮▮ | **Location:** | Various |
| **Investigation Name:** | JOSEPH J. CIPOLLA | | |
| **Date:** | July 26, 2022 | | |
| **Time:** | Approximately 10:30 a.m. to 1:30 p.m. | | |
| **Participant(s):** | John M. Leonard, Special Agent | | |
| | Jordan Hicks, Special Agent | | |

On the above date and approximate times, Special Agent John Leonard ("SA Leonard") and Special Agent Jordan Hicks conducted surveillance on and around 4▮ Baker Dr., Itasca, Illinois 60143 ("Itasca Residence") and 1▮ Carmela Ct., Bloomingdale, Illinois 60108 ("Bloomingdale Residence"). The following was observed by investigating agents:

1. At approximately 10:55 a.m., SA Leonard observed a red/maroon Toyota Camry with the Illinois license plate "V▮▮▮6" ("Camry") drive into the Itasca Residence parking lot and park near the Itasca Residence (*Agent note: The license plate on this vehicle is registered to PAIGE CONRAD located at 2▮ N. Harlem Ave., Chicago, Illinois 60707*). SA Leonard then observed whom appeared to be PAIGE CONRAD ("CONRAD"), KENNETH SKAGGS ("SKAGGS"), and an unknown female standing around the trunk of the Camry removing plastic bags from the Camry's trunk. A short while later, SA Leonard observed CONRAD, SKAGGS, and the unknown female enter the Itasca Residence carrying the plastic bags.

2. At approximately 12:13 p.m., SA Hicks observed a white Range Rover/Land Rover with the Illinois license plate "DA▮▮▮▮" ("Land Rover") exit the Bloomingdale Residence area driving south on Rosedale Avenue (*Agent note: The license plate on this vehicle is registered to a 2019 Land Rover – Wagon 4 Door registered to KIMBERLY CUNNINGHAM located at 1▮ Carmela Ct., Bloomingdale, Illinois 60108*). SA Hicks initiated mobile surveillance on the Land Rover.

3. At approximately 12:15 p.m., SA Hicks observed the Land Rover enter the drive through of the Starbucks located at 170 E. Lake St., Bloomingdale, Illinois 60108 ("Starbucks"). A short time later, SA Hicks observed the Land Rover drive away from the Starbucks drive through and continue east on Lake St. SA Hicks continued mobile surveillance.

4. At approximately 12:34 p.m., SA Hicks and SA Leonard observed the Land

Rover drive into the Itasca Residence parking lot (*Agent note: SA Leonard began video recording around this time of the Land Rover entering the Itasca Residence parking lot*). SA Leonard observed the Land Rover park in a parking spot near the Itasca Residence (*Agent note: See* **EXHIBIT B** ▮▮▮▮).

5. At approximately 12:35 p.m., SA Leonard observed JOSEPH CIPOLLA ("CIPOLLA"), wearing a white short sleeve shirt, walking away from the area of the Itasca Residence towards the Land Rover. SA Leonard then observed CIPOLLA walk around the passenger side of the Land Rover toward and around the rear of the Land Rover to the driver's side of the Land Rover. SA Leonard also observed whom appeared to be KIMBERLY CUNNINGHAM ("CUNNINGHAM") walk from the Land Rover's driver's side toward and around the rear of the Land Rover to the Land Rover's passenger side (*Agent note: As of July 26th, 2022, SA Leonard was aware that CUNNINGHAM's Illinois driver's license was valid*). A few moments later, SA Leonard observed the Land Rover back out of the parking spot near the Itasca Residence and drive away from the Itasca Residence. SA Leonard then observed the Land Rover turn left out of the Itasca Residence parking lot and drive east on Irving Park Rd (*Agent note: See* **EXHIBIT C** ▮▮▮▮). SA Hicks and SA Leonard initiated mobile surveillance on the Land Rover (*Agent note: As of July 25th, 2022, SA Leonard became aware that CIPOLLA's Illinois driver's license status was suspended*).

6. At approximately 12:41 p.m. while conducting mobile surveillance of the Land Rover, SA Hicks observed CIPOLLA in the Land Rover's driver's seat driving the Land Rover east on Irving Park Road at the intersection of Irving Park Road and Wood Dale Road. SA Hicks and SA Leonard continued mobile surveillance.

7. At approximately 1:03 p.m. while conducting mobile surveillance of the Land Rover, SA Leonard observed CIPOLLA make a right turn from driving east on Belmont Avenue onto 76th Court driving south on 76th Court. SA Leonard continued mobile surveillance of the Land Rover. A short time later, the Land Rover made a left turn onto George Street, and SA Leonard discontinued mobile surveillance of the Land Rover to not compromise SA Leonard's surveillance of the Land Rover (*Agent note: Based on prior surveillances of CIPOLLA and facts of the investigation known to SA Leonard as of this date, SA Leonard believed CIPOLLA to be driving the Land Rover to a relative's residence located at 2▮▮ N. 74th Avenue, Elmwood Park, Illinois 60707*).

8. At approximately 1:06 p.m., SA Leonard observed the Land Rover parked near 2▮▮ N. 74th Avenue, Elmwood Park, Illinois 60707 ("Elmwood Park Residence") on the west side of 74th Avenue. SA Leonard observed CIPOLLA standing near the front steps of the Elmwood Park Residence appearing to stare in SA Leonard's direction (*Agent note: See* **EXHIBIT D** ▮▮▮▮. SA Hicks and SA Leonard then began surveillance on the Land Rover and the Elmwood Park Residence.

9. At approximately 1:13 p.m., SA Hicks and SA Leonard observed CIPOLLA walking away from the area of the Elmwood Park Residence and entering the driver's seat of the Land Rover (*Agent note*: See ▮▮▮ EXHIBIT E ▮▮▮ and EXHIBIT F ▮▮▮). SA Hicks and SA Leonard then observed CIPOLLA drive the Land Rover away from the area of the Elmwood Park Residence (*Agent note*: EXHIBIT E ▮▮▮ and EXHIBIT F ▮▮▮). SA Hicks and SA Leonard did not follow the Land Rover and terminated the surveillance a short time after observing CIPOLLA drive the Land Rover away from the area of the Elmwood Park Residence.

*Agent note: Various screen shots from the above mentioned video recordings are attached to this memorandum.*

SA Leonard *prepared* this memorandum on July 26th, 2022, after refreshing his memory from notes made during and immediately after the surveillance on JOSEPH CIPOLLA.

Memorandum of Author  *[signature]*
John M. Leonard
Special Agent

*[signature]*
Jordan Hicks
Special Agent





0208 Document #: 39-1 Filed: 07/27/22 Page 6 o



EXHIBIT A - Page 0006



EXHIBIT A - Page 0007



EXHIBIT A - Page 0008



EXHIBIT A - Page 0009