# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:22−cr−00208
                                                            Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: The government has filed a motion to revoke defendant's bond and seeking a hearing. Judge Kennelly is absent from court until Monday August 1. Judge Kennelly's courtroom deputy clerk contacted the government to ascertain whether it was seeking a hearing on the motion before August 1. The Assistant United States Attorney handling the matter replied that the government was not seeking a hearing before August 1. The Court therefore sets the motion for a telephonic hearing on 8/1/2022 at 8:50 AM. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. The following persons must participate: The AUSA; Mr. Cipolla; defense counsel; and the Pretrial Services Officer. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.