# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:22–cr–00208

                                                  Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 1, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla Jr.: Telephonic motion hearing held on 8/1/2022. Government's motion to revoke [39] is withdrawn without prejudice as to the reasons stated on the record. Defendant's conditions of release are modified to state that the defendant may not operate a motor vehicle without prior permission from the Court. Telephonic status hearing remains set for 8/8/2022 at 1:15 p.m. [30]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.