# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                           Case No.: 1:22–cr–00208
                                                                       Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 8/8/2022 and continued to 10/5/2022 at 1:15 p.m. The following call–in number will be used for the hearing: 888–684–8852, conference code 746–1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Ordered time excluded through 10/5/2022 due to the complexity of the case and the need to review discovery, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.