# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                          Case No.: 1:22–cr–00208
                                                           Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 9/19/2022. Pretrial is directed to send results to the National Lab for additional testing. Defendant's conditions of release are modified to permit him to live in a location without a third–party custodian that is approved by pretrial services. Any further modifications to the conditions of release need be made by a motion. A telephonic status hearing is set for 10/3/2022 at 8:45 a.m. The following call–in number will be used: 888–684–8852; access code 746–1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.