# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Joseph J. Cipolla Jr.

Defendant.

Case No.: 1:22–cr–00208
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 3, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 10/3/2022. Defendant's conditions of release are modified to change from home detention to home incarceration. The telephonic status hearing set for 10/5/2022 is vacated and reset to 10/25/2022 at 9:15 a.m. Ordered time excluded through 10/25/2022 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). The following call-in number will be used for the hearing: 888-684-8852, access code 746-1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.