JB **22CR208** 

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **N/A**

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **22 CR 208; United States v. Joseph J. Cipolla, Jr.; Judge Kennelly**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Fraud (III)**

10. List the statute of each of the offenses charged in the indictment or information. **26 U.S.C. § 7201; 18 U.S.C. § 1343; 26 U.S.C. § 7203; 18 U.S.C. § 1344; 18 U.S.C. § 1341; 49 U.S.C. §§ 32703(2) & 32709(b)**

/s/ Timothy J. Chapman
Timothy J. Chapman
Assistant United States Attorney

**CAT 3**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MCSHAIN**