**22CR208**

Order Form (01/2005)

17 GJ 1074

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| **CASE NUMBER** | 22 CR 208 | **DATE** | OCTOBER 12, 2022 |
| **CASE TITLE** | U.S. v. JOSEPH J. CIPOLLA, JR. | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL APRIL 2021_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Beth W. Jantz_

BOND PREVIOUSLY SET IN 22 CR 208 TO STAND IN THIS INSTANCE.

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: ajs


FILED
10/12/2022
JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


JUDGE KENNELLY
MAGISTRATE JUDGE MCSHAIN