# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                                   Case No.: 1:22–cr–00208

                                                                                                  Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status and arraignment hearings held on 10/25/2022. Defendant's conditions of pretrial release are modified to include drug counseling and treatment. The defendant was admonished by the Court. All parties consented to proceed by telephone for the arraignment hearing. The Court finds that the requirements of the CARES Act section 150002 have been met. The defendant waives formal reading of the superseding indictment and enters a plea of not guilty. Jury trial set for 5/1/2023 is vacated. 16.1 conference regarding the superseding indictment is to be held by 11/22/2022. Defense pretrial motions are to be filed by 1/13/2023. A telephonic status hearing is set for 1/18/2023 at 8:45 a.m. The following call–in number will be used for the hearing: 888–684–8852, conference code 746–1053. Ordered time excluded through 1/18/2023 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.