# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                Case No.: 1:22–cr–00208

                                                        Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Defendant is ordered to show cause why his bond should not be revoked. The case is set for a telephonic hearing on 11/29 at 1:45 PM. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Defendant; defense counsel; the prosecutor; and the pretrial services officer are ordered to appear. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.