# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                            Case No.: 1:22–cr–00208
                                                       Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 11/29/2022. The Court finds that there is no combination of conditions that can reasonably assure that Mr. Cipolla is not a danger to the community, or a flight risk. Defendant, Joseph Cipolla's, bond is revoked. The defendant shall report to Pretrial Services in the federal courthouse, Room 15–100, and return his location monitoring equipment and then surrender to the US Marshals by 4:00 p.m. on today's date, November 29, 2022. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.