UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 22 CR 208 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| JOSEPH J. CIPOLLA, JR. ) | |

EMERGENCY MOTION FOR ISSUANCE OF AN ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby requests the issuance of an arrest warrant for defendant, JOSEPH J. CIPOLLA, JR. ("Cipolla").

During a court hearing earlier today, this Court revoked Cipolla's bond and ordered Cipolla to expeditiously proceed to the Dirksen Building so that he could return his electronic monitoring equipment to the Pretrial Services Office and then surrender to the United States Marshals Service by no later than 4:00 pm.

After the court hearing, law enforcement began conducting surveillance of Cipolla, due to fear that he might attempt to flee. Around 3:00 pm, agents observed Cipolla proceed in what appeared to be an Uber vehicle from his residence and proceed northbound along United States Highway 355 to a location in Addison, Illinois. At that location, agents observed Cipolla leave the Uber vehicle and wait. Cipolla had with hm a large bag. After a short period of time, Cipolla's wife arrived in a separate vehicle and gave him a hug. A few minutes before 4:00 pm, Cipolla entered another vehicle that did not bear license plates and proceeded to drive

westbound on Lake Street (*i.e.*, away from downtown Chicago). An Illinois State Police ("ISP") unit assisting surveillance agents observed that the vehicle lacked license plates and curbed Cipolla's vehicle. The ISP trooper verified Cipolla's identity and placed him under arrest for driving a vehicle without registration and for driving with a suspended driver's license. Based upon conversations that surveillance agents had with the ISP trooper, Cipolla is likely to be released following processing.[1]

Accordingly, the government requests that this Court immediately issue a warrant for Cipolla's arrest.

        Respectfully submitted.

        JOHN R. LAUSCH, JR.
        United States Attorney

By:  */s/ Timothy J. Chapman*
      TIMOTHY J. CHAPMAN
      Assistant United States Attorney
      219 South Dearborn Street, Fifth Floor
      Chicago, Illinois 60604
      (312) 353-1925

---

[1] The Pretrial Services Officer has informed the undersigned that Cipolla still has his GPS device on his person.