IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 22 CR 208 |
| | ) | Judge Matthew F. Kennelly |
| JOSEPH CIPOLLA | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO WITHDRAW

Now comes undersigned counsel, **Cheronis, Parente, and Levitt**, and without objection from Mr. Cipolla, moves to withdraw as his attorney.

In support of this motion, counsel submits the following:

1. Mr. Cipolla was initially indicted on April 6, 2022 and charged with tax related offenses.

2. As the Court is aware, Mr. Cipolla was eventually released from custody and then, after a number of pretrial violations reports, had his bond revoked.

3. Prior thereto, on October 12, 2022, the grand jury returned a superseding indictment charging Mr. Cipolla with additional fraud-related offenses.

4. A trial date is currently set for May 2023, however that date was set based on the initial indictment.

5. Defense counsel and Mr. Cipolla's relationship has broken down and defense counsel wishes to withdraw.

6, Defense counsel visited Mr. Cipolla at the MCC on December 13, 2022, and Mr. Cipolla indicated he had no objection to defense counsel's motion.

7. Mr. Cippola is requesting that the federal defender be appointed to represent him moving forward.

8. Accordingly, the undersigned attorneys from the law firm of Cheronis, Parente & Levitt move to withdraw their appearance and be replaced by the Federal Defender Program.

Respectfully submitted,

/s/ Damon M. Cheronis
**Damon M. Cheronis**

/s/Christopher V. Parente
Christopher V. Parente

/s/ Ryan J. Levitt
**Ryan J. Levitt**

Damon M. Cheronis
**Cheronis, Parente & Levitt**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com

## **CERTIFICATE OF SERVICE**

I, Damon M. Cheronis, hereby certify that on December 13, 2022, I electronically filed the foregoing **Unopposed Motion to Withdraw** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Damon M. Cheronis
Damon M. Cheronis
Cheronis Parente & Levitt
140 S. Dearborn Street Suite 404
Chicago, Illinois 60603
(312) 663-4644
damon@cheronislaw.com
