## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                               Case No.: 1:22–cr–00208
                                                             Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: At the Court's instance, attorneys Damon M. Cheronis, Ryan J. Levitt, Christopher V. Parente's motion to withdraw [70] is set for an in person motion hearing on 12/22/2022 at 11:00 a.m. The Court will make the necessary arrangements to have the defendant appear for the hearing. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.