# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                              Case No.: 1:22−cr−00208
                                                                           Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla Jr.: In person motion hearing held on 12/22/2022. Attorneys Damon M. Cheronis, Ryan J. Levitt, Christopher V. Parente's motion to withdraw [70] is granted. The Clerk is directed to terminate the appearances of Damon M. Cheronis, Ryan J. Levitt, Christopher V. Parente's from the docket. The federal defender is appointed to represent the defendant. The 1/13/2023 deadline for defense pretrial motions is vacated. A telephonic status hearing remains set for 1/18/2023 [61]. Defendant's appearance is waived for the 1/18/2023 status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.