**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States v. Joseph Cipolla    Case Number: 22CR208

An appearance is hereby filed by the undersigned as attorney for:
Joseph J. Cipolla, Jr.

Attorney name (type or print): Jack Corfman

Firm: Federal Defender Program

Street address: 55 E. Monroe Street, Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6331302          Telephone Number: 312-621-8300
(See item 3 in instructions)

Email Address: Jack_Corfman@fd.org

Are you acting as lead counsel in this case?          ☑ Yes  ☐ No

Are you acting as local counsel in this case?         ☐ Yes  ☑ No

Are you a member of the court's trial bar?            ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes  ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☑ Appointed Counsel
If appointed counsel, are you

☑ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/29/2022

Attorney signature:   S/  Jack Corfman
                      (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015