# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.
                                              Case No.: 1:22–cr–00208
                                              Honorable Matthew F. Kennelly

Joseph J. Cipolla Jr.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Joseph J. Cipolla, Jr: Telephonic status hearing held on 1/18/2023. Deadline for filing defense motions is 5/18/2023. Jury trial is set for 1/22/2024 at 9:15 a.m. The parties are directed to file a joint status report regarding discovery by 3/3/2023. In person status hearing is set for 5/22/2023 at 1:15 p.m. The Court will make the necessary arrangements to have the defendant appear for the hearing. Ordered time excluded through 1/22/2024 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.