UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 208 |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| JOSEPH J. CIPOLLA, JR. | ) | |

JOINT STATUS REPORT CONCERNING DISCOVERY

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and the defendant, JOSEPH J. CIPOLLA, JR., by his counsel JACK CORFMAN, Federal Defender Program, hereby submit the following joint status report concerning discovery:

1. In a superseding indictment returned on October 12, 2022, defendant was charged with six counts of tax evasion, in violation of 26 U.S.C. § 7201 (Counts 1, 3, 5, 7, 9, 11), six counts of willfully failing to file income tax returns, in violation of 26 U.S.C. § 7203 (Counts 2, 4, 6, 8, 10 and 12), nine counts of wire fraud, in violation of 18 U.S.C. § 1343 (Counts 13-19, 21, and 24), one count of bank fraud, in violation of 18 U.S.C. § 1344 (Count 20), one count of mail fraud, in violation of 18 U.S.C. § 1341 (Count 22), and one count of vehicle odometer fraud, in violation of 49 U.S.C. §§ 32703(2) and 32709(b) (Count 23). Record Item ("R.") 56. Defendant has pled not guilty to the counts. R.61.[1]

---

[1] This case was initiated on April 6, 2022, through return of a two-count indictment charging one count of tax evasion and one count of filing false tax returns. R.1.

2. On or about December 5, 2022, the government provided bulk discovery to defendant's former counsel of record. That discovery included a 33-page index that identified the source of the records being produced and a summary description of those records.[2]

3. On or about January 17, 2023, the government produced to defendant's present counsel the discovery that was provided to defendant's original counsel on December 5, 2022.

4. Upon motions by the government, the district court has ordered the unsealing of the dockets for nine search warrants that the government obtained during the course of this investigation, namely, 21 M 410 and 21 M 478 through and including 21 M 485. A review of the docket, however, indicates that access to the search warrant docket items remains "restricted." This means they are available for viewing on the public terminal at the District Court Clerk's Office but not online to parties other than the government. As a convenience to defense counsel, the government intends to produce copies of the search warrants and applications to defense counsel during the week of March 6, 2023.

5. The government is also in the process of reviewing the items in its possession with the intent to provide any supplemental discovery, if deemed appropriate, in approximately two weeks' time.

6. On March 3, 2023, counsel for the government and the defendant held a conference call where the foregoing was discussed, among other case-related matters.

---

[2] This discovery production included the discovery produced to defendant following return of the original indictment in April 2022.

7. The undersigned provided a copy of this pleading to counsel for the defendant prior to filing it on the public docket, and counsel for defendant concurred in the statements made above.

>Respectfully submitted.
>
>JOHN R. LAUSCH, JR.
>United States Attorney
>
>By:   */s/ Timothy J. Chapman*
>      TIMOTHY J. CHAPMAN
>      Assistant United States Attorney
>      219 South Dearborn Street, Fifth Floor
>      Chicago, Illinois 60604
>      (312) 353-1925